

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Jaime Galarza<br>DEFENDANT(S). | CASE NUMBER<br>12 MJ 2043-10<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Sept 5__, __2012__, at __9:30__ ☑a.m. / ☐p.m. before the Honorable __Pick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8/29/12__                    _____
                                       U.S. District Judge/Magistrate Judge